■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HECTOR PORTALATIN, Appellant. [41 NYS3d 712]—

Order, Supreme Court, New York County (Anthony J. Ferrara, J.), entered on or about November 24, 2015, which adjudicated defendant a level two sexually violent sex offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

The court properly exercised its discretion when it declined to grant a downward departure (*see People v Gillotti*, 23 NY3d 841 [2014]). Defendant did not establish that his health problems would minimize the likelihood of recidivism (*see e.g. People v Rodriguez*, 101 AD3d 630 [1st Dept 2012], *lv denied* 21 NY3d 851 [2013]), and his expression of remorse and lack of additional sex offenses were adequately taken into account by the risk assessment instrument. Concur—Renwick, J.P., Saxe, Gische and Webber, JJ.